## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NORRIS WILLIAMSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-12-63-M |
| | ) |
| BISHOP & SHILOH TEMPLE CHURCH, | ) |
| | ) |
| Defendant. | ) |

### ORDER

On February 9, 2012, On January 12, 2012, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action.  The Magistrate Judge recommended that this Court dismiss this action without prejudice for failure to comply with the Magistrate Judge's Order to cure a deficiency in plaintiff's Motion for Leave to Proceed *In Forma Pauperis*.  Plaintiff was advised of his right to object to the Report and Recommendation by February 29, 2012.  Plaintiff has not filed an objection.

Upon de novo review, the Court:

(1)   ADOPTS the Report and Recommendation issued by the Magistrate Judge on February 9, 2012 [docket no. 4],

(2)   DENIES plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [docket no. 2], and

(3)   DISMISSES this action without prejudice.

**IT IS SO ORDERED this 5th day of March, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE